CULLENandDYKMANLLP

Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Telephone (516) 357-3700 • Facsimile (516) 357-3792

Ariel E. Ronneburger
Associate
Direct Dial: (516) 296-9182
Facsimile: (516) 296-9155
Email: aronneburger@cullenanddykman.com

February 21, 2014

**VIA ECF AND EMAIL TO:**
**FORRESTNYSDCHAMBERS@NYSD.USCOURTS.GOV**
The Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____                │
│ DATE FILED: FEB 2 4 2014             │
└─────────────────────────────────────┘
```

    Re:   *Flushing Bank v. Green Dot Corporation and Green Dot Bank,*
          Civil Action No. 13-cv-9120

Dear Judge Forrest:

        This firm represents plaintiff Flushing Bank ("Plaintiff") in the above-referenced matter. We write pursuant to this Court's Order dated February 14, 2014 (the "Order"), and as discussed at the Conference held before the Court on February 20, 2014, to notify the Court and defendants Green Dot Corporation and Green Dot Bank ("Defendants") that Plaintiff anticipates that it will serve an Amended Complaint in this matter. The Amended Complaint will be served and filed within seven (7) days from the date of this letter (February 28, 2014) in accordance with the Order which is the same date this Court ordered the service and filing of Flushing's response to Defendants' counterclaims and motion to dismiss.

        Thank you for your courtesies in this matter.

*Ordered*

The motion to dismiss at ECF No. 15 is ~~the~~ denied as moot with leave to refile as discussed at the conference (upon the filing of the amended complaint).

Respectfully yours,

Ariel E. Ronneburger (AR0739)

cc:
All parties (via ECF)

← B. For
USDJ
2/24/14

**Founded 1850**

BROOKLYN        LONG ISLAND        MANHATTAN        WASHINGTON, D.C.        NEW JERSEY