**Proskauer** > Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

Adam D. Siegartel
Senior Counsel
d 212.969.3847
f 212.969.2900
asiegartel@proskauer.com
www.proskauer.com

September 3, 2014

**BY ECF AND EMAIL**

Hon. Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007
ForrestNYSDChambers@nysd.uscourts.gov

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: SEP 04 2014
```

Re: *Flushing Bank v. Green Dot Corp. & Green Dot Bank*, No. 13-cv-9120 (KBF) (AJP)

Dear Judge Forrest:

We represent Defendants and Counterclaimants (collectively, "Green Dot") in the above-referenced matter, and write on behalf of both Green Dot and Plaintiff and Counterdefendant Flushing Bank. The parties respectfully request a one-week adjournment of the September 8, 2014 deadline for summary judgment motions, until September 15. In light of discovery in this matter, the parties are discussing whether to seek a "Trial on the Papers/Summary Bench Trial" pursuant to Fed. R. Civ. P. 52(a). The parties expect to resolve those discussions no later than tomorrow, and should the parties agree to request a Trial on the Papers subject to Your Honor's approval, the parties will write to Your Honor with a proposed schedule no later than Friday, September 5. Should the parties not agree to a Trial on the Papers, or the Court rejects the parties' proposal, the parties will proceed with the September 15 deadline for dispositive motions.

The September 8 deadline was not previously adjourned, and this is the only deadline that the parties seek to adjourn. The parties do not seek to adjourn the October 6 and October 13 deadlines for oppositions and replies.

Green Dot and Flushing Bank thank Your Honor for your time and consideration.

Respectfully submitted,

*Adam Siegartel*

cc: Counsel for Flushing Bank (by ECF and email)

*Ordered*
*Application granted.*

*K. B. For*
*USDJ*

9/3/14